LIZZIE MURPHY, Respondent, *v.* THE JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY, Appellant.

*Murphy* v. *John Hancock Mut. L. Ins. Co.*, 106 App. Div. 611, affirmed.
(Argued May 25, 1906; decided June 12, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 16, 1905, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover upon a policy of life insurance.

*Leonard J. Langbein* for appellant.

*John F. Brennan* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WERNER and HISCOCK, JJ. Absent: O'BRIEN, J.